IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ROY L. VARNIER,
    PLAINTIFF,

VS.

CASE NO: 1:21-cv-23412-DPG

DR. FRANCK PAPILLON, CHIEF HEALTH OFFICER (D.C.I), DR. A. PINO, M.D., (S.F.R.C), MR. MARK INCH, SECRETARY (D.O.C), MR. A. MARTINEZ, ASSISTANT WARDEN (D.C.I)
    DEFENDANTS,

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT

COMES NOW, PLAINTIFF ROY L. VARNIER, PRO-SE PURSUANT TO DEFENDANT'S MOTION TO DISMISS COMPLAINT FILES THIS INSTANT MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, AND AVER'S THE FOLLOWING IN SUPPORT OF SAID MOTION:

### PRELIMINARY STATEMENT

PLAINTIFF RESPECTFULLY SUBMITS THIS MOTION AS A PRO-SE LITIGANT <u>UNSKILLED IN THE SCIENCE OF LAW</u> AND WISHES FOR HIS MOTION AND ENTREATIES TO BE RECIEVED AS SUCH.

(1)

See Hall v. Bellman, 935 F.3d 1106, 1110 (10th Cir. 1991).

## STATEMENT OF FACTS

1) On September 17, 2021 Plaintiff filed his complaint against the Defendants in their individual capacities.

2) Plaintiff is proceeding in forma pauperis, the court screened Plaintiff's complaint under § 1915(e) for failure to state a claim for relief under Federal Rule of Civil Procedure 12(b)(6), See Mitchell v. Farcass 112 F.3d 1483, 1490 (11th Cir. 1997) to state a claim for relief under § 1983 a Plaintiff must show that he was deprived of a federal right by a person acting under color of state law, See Griffin v. City of Opa Locka, 261 F.3d 1295, 1303 (11th Cir 2001)

3) The court found that Plaintiff has stated a claim for deliberate indifference to his serious medical needs in violation of the Eigth Amendment. A serious medical need is "one that, if left unattended, poses a substantial risk of serious harm." Taylor v. Adams, 221 F.3d 1254, 1258 (11th Cir. 2000) (internal quotations and citations omitted).

4) PLAINTIFF MADE A CLAIM AGAINST DEFENDANTS INCH AND MARTINEZ IN THERE INDIVIDUAL CAPACITY, BOTH BEING SUPERVISORS THERE SUBORDINATES ACT OR FAILURE TO ACT DEPRIVED PLAINTIFF OF PROPER MEDICAL TREATMENT CAUSING FURTHER DAMAGE TO PLAINTIFFS ANKLE. PLAINTIFF HAD TO UNDERGO MAJOR SURGERY TO REPAIR THE DAMAGE.

5) BOTH SECRETARY INCH AND ASST. WARDEN MARTINEZ HAD KNOWLEDGE AND PERSONAL INVOLVMENT OF PLAINTIFFS INJURY THROUGH THE FLURRY OF GRIEVANCES FILED BY THE PLAINTIFF TO BOTH THE SECRETARY MR. INCH AND ASST. WARDEN MARTINEZ

6) PLAINTIFF CLEARLY SHOWED IN HIS COMPLAINT THAT BOTH SECRETARY INCH AND ASST. WARDEN MARTINEZ ACTING UNDER COLOR OF STATE LAW KNOWINGLY AND WILLINGLY EXERCISED DELIBERATE INDIFFERERENCE TO THE RECOGNIZED RIGHTS OF THE PLAINTIFF.

## PRAYER FOR RELIEF

WHEREFORE, BASED UPON THE ABOVE MENTIONED FACTS SUPPORTED BY DOCUMENTED EVIDENCE AND CASE LAW PLAINTIFF PRAY'S THIS HONORABLE COURT WILL DENY DEFENDANTS MOTION TO DISMISS.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON DECEMBER 20, 2021, I MAILED VIA U.S.P.S THE FOREGOING DOCUMENT TO THE CLERK OF THE COURT. I ALSO CERTIFY THAT THE FOREGOING DOCUMENT IS BEING MAILED VIA U.S.P.S TO ALL COUNSEL OF RECORD.

/S/ Roy Varnier

ROY VARNIER
PRO-SE LITIGANT

ROY VARNIER
6116 MAGNOLIA PARK BLVD
RIVERVIEW FL 33578

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FL.
OFFICE OF THE CLERK RM. 8N09
MIAMI FL 33128-7716

solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14B
© U.S. Postal Service; June 2020; All rights reserved.

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
ROY VARNIER
6116 MAGNOLIA PARK BLVD
RIVERVIEW FL 33578

USMS INSPECTED

TO:
U.S. DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT
400 N. MIAMI AVE
MIAMI FL 33128-7716

Label 228, March 2016
FOR DOMESTIC AND INTERNATIONAL USE

---

Retail
US POSTAGE PAID
$8.70
Origin: 33569
12/20/21
1179650285-18

PRIORITY MAIL 2-DAY®
0 Lb 1.40 Oz
1006
C075

EXPECTED DELIVERY DAY: 12/23/21

SHIP TO:
400 N MIAMI AVE
MIAMI FL 33128-1801

USPS TRACKING #

9505 5148 4706 1354 9362 21