IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED BY _PG_ D.C.

JAN 14 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

ROY L. VARNIER
            PLAINTIFF,

VS.

CASE NO. 1:21-CV-23412-DPG

DR. FRANCK PADILLON, CHIEF
HEALTH OFFICER (D.C.I), DR. A.
PINO, M.D., (S.F.R.C), MR. MARK
INCH, SECRETARY (D.O.C), MR. A.
MARTINEZ, ASST. WARDEN (D.C.I)


_____ DEFENDANTS _____/


## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS COMPLAINT

COMES NOW, PLAINTIFF ROY VARNIER, PRO-SE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RESPECTFULLY SUBMITS THE FOLLOWING RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS AND AVERS THE FOLLOWING FACTS IN SUPPORT OF SAID MOTION.


## PRELIMINARY STATEMENT

PLAINTIFF RESPECTFULLY SUBMITS THIS MOTION AS A PRO-SE LITIGANT UNSKILLED IN THE SCIENCE OF LAW AND WISHES FOR HIS MOTION AND ENTREATIES TO BE RECIEVED AS SUCH.

(1)

SEE HALL V. BELLMON, 935 F. 2d 1106, 1110 (10TH CIR 1991)

## STATEMENT OF FACTS

IN DEFENDANT'S MOTION TO DISMISS ITS ALLEGED THAT PLAINTIFF, 1) FAILS TO STATE A CLAIM FOR DELIBERATE INDIFFERENCE, 2) PLAINTIFF FAILED TO ALLEGE DEFENDANT WAS SUBJECTIVELY AWARE OF HIS BROKEN ANKLE, AND 3) PLAINTIFF FAILED TO ALLEGE DEFENDANT WAS SUBJECTIVELY AWARE OF POST OPERATIVE ORDERS.

## ARGUMENT

1.)   GENUINE ISSUES OF MATERIAL FACT EXIST AS TO WHETHER DR. PAPILLON ACTED WITH DELIBERATE INDIFFERENCE BECAUSE HE HAD SUBJECTIVE KNOWLEDGE OF A RISK OF SERIOUS HARM THE MOMENT HE VIEWED PLAINTIFF'S X-RAY AND DISREGARDED THAT RISK BY CONDUCT THAT IS MORE THAN GROSS NEGLIGENCE. (WRIGHT, 562 F. APP'X AT 778) (QUOTING BURNETTE, 533 F. 3d. AT 1330).

2.)   DR. PADILLON KNEW JUST HOURS AFTER PLAINTIFF WAS INJURED THAT HIS LEFT FIBULA WAS FRACTURED, BOTH PADILLON AND THE X-RAY TECHNITION VIEWED THE CLEARLY VISIBLE FRACTURE ON THE MACHINES MONITOR WHICH WAS SO CLEAR THAT EVEN A LAY PERSON WOULD HAVE RECOGNIZED THE SEVERITY OF THE INJURY, AND EVIDENCE OF SUCH WILL BE AVAILABLE DURING DISCOVERY AS WAS CLEARLY STATED IN THE BODY OF PLAINTIFF'S CIVIL COMPLAINT.

(2)

3.)      WHETHER DR. PAPILLON EXHIBITED INDIFFERENCE
TO PLAINTIFF'S SERIOUS MEDICAL NEED "BY INTENTIONALLY
INTERFERING WITH THE TREATMENT ONCE PRESCRIBED," IS
GENUINE ISSUES OF MATERIAL FACT. COLARDO-KEEN V. ROCKDALE
CTY. 775 F. APP'X 555, 568 (11TH CIR 2019) (QUOTING ALDRIDGE
V. MONTGOMERY 735 F. 2d 970, 972) (11TH CIR. 1985)
THE FIRST SUCH EXAMPLE IS PAPILLONS FLAT OUT REFUSAL
TO ADHEAR TO THE SURGEON'S POST OPERATIVE TREATMENT
"THAT PLAINTIFF REMAIN ON BED REST WITH LEG ELEVATED
AND ABSOLUTELY NO WIEGHT BEARING FOR A MINIMUM OF TWO
WEEKS". THE RECORD AS PLEAD IN PLAINTIFF'S COMPLAINT
WILL SHOW THAT PAPILLON REVIEWED THE POST OPERATIVE
ORDERS. HOWEVER THE RECORDS WILL REFLECT THAT
PAPILLON AGAINST THE SURGEONS STRICT ORDERS DISCHARGED
PLAINTIFF FROM THE INFIRMARY BACK INTO OPEN POPULATION
AFTER ONLY THREE DAYS SUBJECTING PLAINTIFF TO
EXCRUCIATING CONDITIONS CAUSING PLAINTIFF TO STRAIN
AND BEAR WEIGHT ULTIMATELY EXACERBATING PLAINTIFFS
INJURY TO SUCH EXTENT THAT IT BECAME SEVERALLY
INFECTED AND PLAINTIFF WAS FORCED TO HAVE A
SECOND SURGICAL PROCEDURE TO COMBAT THE INFECTION.

4.)      THE ALLEGATIONS PUT FORTH IN PAPILLONS
MOTION TO DISMISS ARE WITHOUT MERIT, NOR ARE THEY
SUPPORTED BY ANY FACTS AND AS SUCH DEFENDANT'S
MOTION TO DISMISS SHOULD BE DENIED

5.)      IN CLOSING PLAINTIFF WOULD REMIND THIS HONORABLE COURT THAT HIS COMPLAINT WAS FILED PRO-SE AND THIS HONORABLE COURT GRANTED PLAINTIFF TO PROCEED IN FORMA PAUPERIS WHICH AUTHORIZES THIS HONORABLE COURT TO PRE-SCREEN HIS COMPLAINT IN ORDER TO DECIDE WHETHER OR NOT PLAINTIFF HAS MET THE REQUIRMENTS NECESSARY. (SEE MITCHELL V. FARCASS 112 F. 3d 1483, 1490) (11TH CIR. 1997)

WHEREFORE, BASED ON THE ABOVE FACTS SUPPORTED BY CASE LAW PLAINTIFF PRAYS THIS HONORABLE COURT WILL DENY DEFENDANTS MOTION TO DISMISS AND ALLOW PLAINTIFF TO PROCEED TO TRIAL.

/s/ Roy Varnier

TROY VARNIER PRO-SE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON JANUARY 11, 2022 I MAILED VIA U.S.P.S THE FOREGOING MOTION TO THE CLERK OF THE COURT. I ALSO CERTIFY THAT THE FOREGOING MOTION WAS MAILED VIA U.S.P.S TO ALL COUNSEL OF RECORD.

(4)



TAMPA FL 335

SAINT PETERSBURG FL
12 JAN 2022 PM 3 L

ROY VARNIER
6116 MAGNOLIA PARK BLVD
RIVERVIEW FL 33578

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK - RM 8N09
400 N. MIAMI AVE.
MIAMI FL. 33128-7716

33128-180549

USMS
INSPECTED

RECEIVED

JAN 14 2022
11:47 AM