IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED BY _____ D.C.
FEB - 2 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

ROY L. VARNIER
    PLAINTIFF,

VS.                                        CASE NO. 1:21-CV-23412-DPG

DR. FRANCK PAPILLON, CHIEF
HEALTH OFFICER (D.C.I), DR. A.
PINO, M.D. (S.F.RC), MR. MARK
INCH, SECRETARY (D.O.C), MR. A.
MARTINEZ, ASST. WARDEN (D.C.I)

——————— DEFENDANTS ———————

## PLAINTIFF'S MOTION IN OPPOSITION TO DR. A. PINO'S MOTION TO DISMISS COMPLAINT

COMES NOW, PLAINTIFF ROY VARNIER, PRO-SE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RESPECTFULLY SUBMITS THE FOLLOWING RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS AND AVERS THE FOLLOWING FACTS IN SUPPORT OF SAID MOTION.

### PRELIMINARY STATEMENT

PLAINTIFF RESPECTFULLY SUBMITS THIS MOTION AS A PRO-SE LITIGANT UNSKILLED IN THE SCIENCE OF LAW AND WISHES FOR HIS

(1)

motion and entreaties to be recieved as such. See Hall v. Bellmon, 935 F. 2d 1106, 1110 (10th Cir. 1991)

## STATEMENT OF FACTS

1.) On September 17, 2021 Plaintiff filed his complaint against the defendants in their individual capacity.

2.) Plaintiff is proceeding in forma pauperis, the court screened plaintiff's complaint under § 1915(e) for failure to state a claim for relief under Federal Rule of Civil Procedure 12(b)(6). See Mitchell v. Farcass 112 F. 3d 1483, 1490 (11th Cir. 1997) to state a claim for relief under § 1983 a plaintiff must show that he was deprived of federal right by a person acting under color of state law. See Griffin v. City of Opa Locka, 261 F. 3d 1295, 1303 (11th Cir 2001)

3.) The court found that plaintiff has stated a claim for deliberate indifference to his serious medical needs in violation of the Eigth Amendment. A serious medical need is "one that, if left unattended poses a substantial risk of serious harm. Taylor v. Adams, 221 F. 3d 1254, 1258 (11th Cir 2000) (internal quotations and citations omitted)

4.) Plaintiff made a claim against Dr. A. Pino in his individual capacity. His act or failure to

(2)

ACT DEPRIVED PLAINTIFF OF PROPER MEDICAL TREATMENT CAUSING FURTHER DAMAGE TO PLAINTIFF'S ANKLE. PLAINTIFF HAD TO UNDERGO MAJOR SURGERY TO REPAIR THE DAMAGE.

5.) AS STATED, PLAINTIFF FILED HIS COMPLAINT ON SEPTEMBER 17, 2021 AND PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 1.140 - A DEFENDANT MUST SERVE AN ANSWER WITHIN 20 DAYS AFTER SERVICE OF ORIGINAL PROCESS.

6.) ON OCTOBER 29, 2021 DR. A. PINO WAS ISSUED A SUMMONS, EXECUTION DATE UNKNOWN, A PERIOD OF 93 DAYS HAVE PASSED SINCE THE SUMMONS WAS ISSUED, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 1.140 DR. A. PINO IS IN DEFAULT AND THE COURT SHOULD RULE IN PLAINTIFF'S FAVOR.

7.) PLAINTIFF CLEARLY SHOWED IN HIS COMPLAINT THAT DR. A. PINO ACTING UNDER COLOR OF STATE LAW KNOWINGLY AND WILLINGLY EXCERCISED DELIBERATE INDIFFERENCE TO THE RECOGNIZED RIGHTS OF THE PLAINTIFF.

## PRAYER FOR RELIEF

WHEREFORE, BASED UPON THE ABOVE MENTIONED FACTS SUPPORTED BY DOCUMENTED EVIDENCE AND CASE LAW PLAINTIFF PRAYS THIS HONORABLE COURT WILL DENY DEFENDANTS MOTION TO DISMISS AND/OR FIND DEFENDANT IN DEFAULT.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON JANUARY 31, 2022 I MAILED VIA U.S.P.S THE FOREGOING DOCUMENT TO THE CLERK OF THE COURT. I ALSO CERTIFY THAT THE FOREGOING DOCUMENT IS BEING MAILED VIA U.S.P.S TO ALL COUNSEL OF RECORD.

/s/ Roy Varnier

ROY VARNIER
PRO-SE

Case 1:21-cv-23412-DPG Document 42 Entered on FLSD Docket 02/02/2022 Page 5 of 5



TAMPA FL 335
31 JAN 2022 PM 5 L

U.S. DISTRICT COURT
S. DISTRICT OF FLORIDA
OFFICE OF THE CLERK RM. 8N09
400 N. MIAMI AVE.
MIAMI FL 33128-7716

33128-180549

FEB 02 2022
11:51 AM

RECEIVED

USMS INSPECTED

ROY VANNIER
6116 MAGNOLIA PARK BLVD
RIVERVIEW FL 33578